51,130-02

GETZELL J. MURRELL
DOC.NO. 1954144
810 FM 2821
HUNTSVILLE, TEXAS 77349

COURT OF CRIMINAL APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 05 2015

Abel Acosta, Clerk

RE: WRIT OF HABEAS CORPUS PURSUANT TO ARTICLE 11.07, FROM ANDERSON COUNTY, TEX
WRIT NO. 22779-A

ABEL ACOSTA, CLERK
COURT OF CRIMONAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

Dear Sis,

My name is Getzell Johnson Murrell, DOC.No.1954144. I am an Inmate Currently confined at the Wynne Unit of the Texas Department of Criminal Justice- ID (TDCJ-ID). I filed a second writ of habeas corpus in the above cause with the Anderson County District Clerk, Janice Staples, who has advised me that "Allyson Mitchell., Criminal District Attorney signed a waiver of service in the matter and that writ and records were forwarded to your office by U.S. Mail on October 19,2015!"

I have not been informed by your office to the receipt of such writ and records. I am requesting a status report on the proceedings in the court of Criminal Appeals as to it relates to the writ in question and if, any determination has been made in matter's of the writ.

I would appreciate a response to my inquiry.

Respectfully submitted,

Getzell J. Murrell

file/copy
11/2/15